tiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Lucius H. Beers* and *Mr. William G. Choate* for petitioner.

---

No. 574. ROBERT S. BRIGHT, TRUSTEE, PETITIONER, *v.* THE FIFTH CONGREGATIONAL CHURCH OF WASHINGTON, D. C. March 4, 1907. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Heber J. May* and *Mr. S. Herbert Giesy* for petitioner. *Mr. W. C. Sullivan* for respondent.

---

No. 595. ALFRED KESSLER ET AL., PETITIONERS, *v.* THE ENSLEY LAND COMPANY ET AL. March 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William A. Gunter* and *Mr. J. W. Baker* for petitioners. *Mr. John B. Knox* for respondents.

---

No. 596. JOHN STEPHENS ET AL., PETITIONERS, *v.* A. E. BRAST ET AL. March 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. V. B. Archer* for petitioners. *Mr. R. E. Hornor* for respondents.

---

No. 600. ST. LOUIS AND SAN FRANCISCO RAILROAD COMPANY, PETITIONER, *v.* JOHN R. McSWEAN. March 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Theodore Mack* and *Mr. Thomas F. West* for petitioners. No appearance for respondent.

---

No. 621. WILLIAM H. WILDER, PETITIONER, *v.* ATWELL J. BLACKFORD. March 4, 1907. Petition for a writ of certiorari

to the Court of Appeals of the District of Columbia denied. *Mr. Charles H. Duell* and *Mr. C. E. Littlefield* for petitioner. *Mr. Philip Mauro* for respondent.

No. 568. CONTINENTAL PAPER BAG COMPANY, PETITIONER, *v.* EASTERN PAPER BAG COMPANY. March 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit granted. *Mr. Albert H. Walker* for petitioner. *Mr. Samuel R. Betts* and *Mr. Francis T. Chambers* for respondent.

No. 602. T. M. ANGLE, PETITIONER, *v.* THE UNITED STATES. March 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George E. Hamilton* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

No. 624. FREDERICK W. WARD, PETITIONER, *v.* JOHN B. HART, TRUSTEE, ET AL. March 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. V. B. Archer* for petitioner. No appearance for respondents.

No. 632. LUIGI GANDOLFI ET AL., PETITIONERS, *v.* ALFREDO C. SIEGERT, as surviving partner, etc. March 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edmund Wetmore* and *Mr. John Brooks Leavitt* for petitioners. *Mr. Edward B. Whitney* for respondent.